IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0588 WHA |
| Plaintiff, | |
| v. | **NOTICE RE IMMINENT REASSIGNMENT AND VACATING OF AUGUST 2 HEARING** |
| JOSEPH J. VIOLA, | |
| Defendant. | |

Pursuant to Local Criminal Rule 18-2 and with the consent of The Honorable Edward J. Davila, this case will be reassigned to Judge Davila and tried in the San Jose division. Judge Davila will hold a status conference on **AUGUST 12, 2001, AT 1:30 P.M.** in his courtroom in San Jose. Shortly before that date, the appropriate transfer order will be entered. The purpose of the instant notice is to simply give a "heads up" to the parties of the impending reassignment and date of the first appearance before Judge Davila. Judge Davila expects to be able to try this case prior to the expiration of the speedy trial deadline. The status conference for August 2 at 2:00 p.m. before the undersigned judge is now unnecessary and, therefore, that hearing (on August 2) is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE