IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 10-588 WHA |
| Plaintiff, | ) [PROPOSED] ORDER RE: |
| v. | ) TYPEWRITER IN JAIL |
| JOSEPH VIOLA,<br>  aka Giuseppe Viola | ) |
| Defendant. | ) |

It is hereby ORDERED that the United States Marshals Service provide a manual typewriter for Mr. Viola to access and use in custody while awaiting trial.

IT IS SO ORDERED.

July 21, 2011.

DATED

WILLIAM ALSUP
United States District Judge

*U.S. v. Viola*, 10-588 WHA
ORD. RE: TYPEWRITER