IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH J. VIOLA,

Defendant.

No. CR 10-00588 WHA

**ORDER DENYING DEFENDANT'S MOTION IN OPPOSITION TO REASSIGNMENT**

Defendant has filed an "emergency motion in opposition to imminent reassignment and to reinstate status conference." The undersigned judge is so consumed by the cases currently in trial that the reassignment is necessary. Defendant has not raised any pressing obstacle to reassignment of his case. Further objections will have to be taken up by Judge Davila at the first conference before him. For these reasons, defendant's motion is **DENIED**.

As further notice to the parties, it is likely that the reassignment order will not be processed much before the status conference before Judge Davila. Nevertheless, the status conference before Judge Davila will still occur on August 12, 2011, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: August 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE