**Filed**

AUG 2 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:10-cr-00588 EJD |
| v. | **ORDER RE: DEFENDANT'S SELF-REPRESENTATION** |
| JOSEPH J. VIOLA, | |
| Defendant(s). | |

Defendant Joseph J. Viola is currently representing himself in the federal criminal matter captioned above. In light of his pro se status, Mr. Viola should be permitted full access to all legal resources provided by the facility in which he is incarcerated.

**IT IS SO ORDERED.**

Dated: August 22, 2011

EDWARD J. DAVILA
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Edward Stevens  Thomas.Stevens@usdoj.gov
Timothy Joseph Lucey  timothy.lucey@usdoj.gov
Mary Elizabeth Conn  mary@santa-cruz-law.com

Joseph J. Viola
Alameda County Jail
ULU187
550 6th St., 4A 11
Oakland, CA 94607

Dated: August 22, 2011                    Richard W. Wieking, Clerk

By: ___/s/ EJD Chambers___
     Elizabeth Garcia
     Courtroom Deputy